IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | | |
|---|---|---|
| ALLURE ENERGY, INC. | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CASE NO. 9:13-cv-00102-RC |
| | § | |
| NEST LABS, INC. et al | § | |
| *Defendants.* | § | |
| | § | |

## AMENDED REPORT OF MEDIATION

The above-captioned case was mediated by David Folsom on Thursday, May 21, 2015, between Plaintiff, Allure Energy, Inc., and Defendants, Nest Labs, Inc., Green Mountain Energy Company, and Reliant Energy Retail Holdings, LLC, initially resulting in a suspension. However, after additional follow up with the undersigned mediator, the Parties have reached a settlement.

Signed this 2nd day of June 2015.

*/s/  David Folsom*
David Folsom
TXBN: 07210800
JACKSON WALKER, LLP
6002-B Summerfield Drive
Texarkana, Texas  75503
Telephone: (903) 255-3250
Facsimile:  (903) 255-3265
E-mail:  dfolsom@jw.com

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a) on this 2nd day of June 2015.  As such, this document was served on all counsel who are deemed to have consented to electronic service.  Local Rule CV-5(a)(3)(A).

*/s/  David Folsom*
David Folsom