**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**

| | | |
|---|---|---|
| DIVISION: BEAUMONT | § | DATE: 5/29/15 |
| | § | |
| JUDGE: RON CLARK | § | REPORTER: Chris Bickham |
| | § | |
| ALLURE ENERGY, INC. | § | CIVIL NO.: 9:13cv102 |
| *PLAINTIFFS* | § | |
| | § | |
| NEST LABS, INC. et al | § | |
| *DEFENDANTS* | § | C/R DEPUTY: Faith Ann Laurents |

Attorneys for Plaintiff: Courtland Reichman, Chris Bovencamp, Kat Li
Attorneys for Defendant: Thad Heartfield, Kevin McGhann, Warren Heit, Demetrius Drivas, Eric Krause, Eric Lancaster, Carmen Lo, Ali Mirsaidi

THIS DAY CAME THE PARTIES BY THEIR ATTORNEYS AND THE FOLLOWING PROCEEDINGS WERE HAD: 9:05am Final Pretrial Conference began. Counsel made announcements. Court questioned counsel regarding dates and infringement issues. Court heard objections to exhibits. Jury Selection and Trial will begin 6/1/15 @ 9:00am. Nine jurors will be seated. Each side has 20 minutes for Voir Dire and 30 minutes for Opening. Court instructed counsel regarding video depositions. Court and counsel discussed Injunction issues. 11:05am Court recessed.

DAVID J. MALAND, CLERK
/s/ *Faith Ann Laurents*
Deputy Clerk

TOTAL TIME: 2 hrs. ___ mins.  ❏ See Addt'l. Proceedings