# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS

| | |
|---|---|
| ALLURE ENERGY INC., <br><br> Plaintiff, <br><br> v. <br><br> NEST LABS INC., GREEN MOUNTAIN ENERGY CO., AND RELIANT ENERGY RETAIL HOLDINGS, LLC <br><br> Defendants. | Case No. 9:13-cv-00102 <br><br> PATENT CASE <br><br> JURY TRIAL DEMANDED |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff, Allure Energy Inc., and Defendants, Nest Labs Inc., Green Mountain Energy Co., and Reliant Energy Retail Holdings, LLC, hereby stipulate to the dismissal of the action. All claims of infringement that Plaintiff raised or could have raised in this action, including any against Google Inc. and NRG Energy, Inc., are dismissed WITH PREJUDICE. All claims, defenses, or counterclaims that Defendants raised are dismissed WITHOUT PREJUDICE.

Dated: July 15, 2015
Respectfully submitted,

| | |
|---|---|
| */s/ Courtland L. Reichman* | */s/ Warren S. Heit* |

Samuel F. Baxter (TX Bar No. 01938000)
McKool Smith, P.C.
104 East Houston, Suite 300
Marshall, TX 75670
Telephone: (903) 923-9000
Facsimile: (903) 923-9099
sbaxter@mckoolsmith.com

Courtland L. Reichman (CA Bar No. 268873)
Shawna Ballard (CA Bar No. 155188)
Bahrad A. Sokhansanj (CA Bar No. 285185)
McKool Smith Hennigan, P.C.
255 Shoreline Drive, Suite 510
Redwood Shores, CA 94065
Telephone: (650) 394-1400
Facsimile: (650) 394-1422
creichman@mckoolsmith.com
bsokhansanj@mckoolsmith.com
sballard@mckoolsmith.com

Christopher T. Bovenkamp (TX Bar No. 24006877)
McKool Smith, P.C.
300 Crescent Court, Suite 1500
Dallas, TX 75201
Telephone: (214) 978-4000
Facsimile: (214) 978-4044
cbovenkamp@mckoolsmith.com

Alan P. Block (CA Bar No. 143783)
McKool Smith Hennigan, P.C.
865 S. Figueroa Street, Suite 2900
Los Angeles, CA 90017
Telephone: (213) 694-1200
Facsimile: (213) 694-1234
ablock@mckoolsmith.com

Kathy H. Li (TX Bar No. 24070142)
McKool Smith, P.C.
300 W. 6th Street, Suite 1700
Austin, TX 78701
Telephone: (512) 692-8700
Facsimile: (512) 692-8744
kli@mckoolsmith.com

**ATTORNEYS FOR PLAINTIFF ALLURE ENERGY, INC.**

Warren S. Heit
CA State Bar No. 164658
Email: wheit@whitecase.com
WHITE & CASE LLP
3000 El Camino Real
Five Palo Alto Square, 9th Floor
Palo Alto, CA 94306
Tel: 650-213-0300 / Fax: 650-213-8158

Kevin X. McGann (admitted *pro hac vice*)
NY State Bar No. KM 9420
Email: kmcgann@whitecase.com
James S. Trainor, Jr. (admitted *pro hac vice*)
NY State Bar No. 3995826
Email: jtrainor@whitecase.com
WHITE & CASE LLP
1155 Avenue of the Americas
New York, NY 10036
Tel: 212-819-8200 / Fax: 212-354-8113

J. Thad Heartfield
Texas Bar No. 09346800
Email: thad@heartfieldlawfirm.com
M. Dru Montgomery
Texas Bar No. 24010800
E-mail: dru@heartfieldlawfirm.com
THE HEARTFIELD LAW FIRM
2195 Dowlen Road
Beaumont, Texas 77706
Tel: 409-866-3318 / Fax: 409-866-5789

**Counsel for Defendants and Counterclaimants,
NEST LABS, INC., GREEN MOUNTAIN ENERGY COMPANY, AND RELIANT ENERGY RETAIL HOLDINGS, LLC**

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served this day, July 15, 2015, with a copy of this document via electronic mail pursuant to Local Rule CV-5(d).

/s/ Kathy H. Li
Kathy H. Li